BERTHA WAHL et al., Respondents, *v.* MARY SEYFRIED et al., Individually and as Executors of MAGDALENE SEYFRIED, Deceased, et al., Appellants.

Argued April 15, 1941; decided May 22, 1941.

*Peter A. Schultz* for appellants.

*Michael A. Crage* and *Albert F. Geyer* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.